WILSON SONSINI GOODRICH & ROSATI
MICHAEL BARCLAY (88993)
IRWIN GROSS (168135)
JAMES C. YOON (177155)
NATHAN L. WALKER (206128)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

JENNER & BLOCK LLC
RICHARD J. GRAY (admitted *pro hac vice*)
DONALD R. CASSLING (admitted *pro hac vice*)
SETH A. TRAVIS (admitted *pro hac vice*)
BRIAN P. O'DONNELL (admitted *pro hac vice*)
One IBM Plaza
330 North Wabash
Chicago, IL 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 840-7794

Attorneys for Defendant/Counterclaimants
SMARTFORCE, PLC (n/k/a SKILLSOFT, PLC),
SKILLSOFT CORPORATION, and
SMARTFORCE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IP LEARN, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>SMARTFORCE, PLC;<br>SMARTFORCE, INC.; and<br>DOES 1-10,<br><br>              Defendant. | No. C 02-1977 JSW<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' *EX PARTE* APPLICATION FOR SPECIAL STATUS CONFERENCE REGARDING NUMBER OF ASSERTED PATENT CLAIMS AND CASE SCHEDULING |
| IP LEARN, LLC,<br><br>     Plaintiff and Counterdefendant,<br><br>     v.<br><br>SKILLSOFT CORPORATION, and DOES 1 – 10,<br>          Defendants and<br>          Counterclaimants. | |

PROPOSED ORDER
CASE NO. C 02-1977 JSW

1   The *Ex Parte* Application for Special Status Conference Regarding Number of Asserted
2   Claims and Case Scheduling submitted by defendants SmartForce PLC, SmartForce Inc., and
3   SkillSoft Corporation (the "Motion") having been fully considered, IT IS HEREBY ORDERED
4   THAT the Motion is DENIED.
5   **IT IS SO ORDERED.**
6
7   Dated: May 1, 2003                    /s/ Jeffrey S. White
                                          THE HONORABLE JEFFREY S. WHITE
8                                         UNITED STATES DISTRICT COURT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER                           -1-            N:\2002 Cases\02-1977--02-2632\Order re ex parte app for
CASE NO. C 02-1977 JSW                                                         special status conf.DOC